**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JUDICIAL WATCH, INC.,                )
425 Third Street, S.W., Suite 800    )
Washington, DC 20024,                )
                                     )
                Plaintiff,           )
                                     )          Civil Action No.
v.                                   )
                                     )
U.S. DEPARTMENT OF STATE,            )
The Executive Office                 )
Office of the Legal Adviser, Room 5519 )
2201 C Street, NW                    )
Washington, D.C.  20520,             )
                                     )
                Defendant.           )
_____)

## COMPLAINT

Plaintiff Judicial Watch, Inc. brings this actions against Defendant U.S. Department of

State to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").  As

grounds therefor, Plaintiff alleges as follows:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B)

and 28 U.S.C. § 1331.

2.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

## PARTIES

3.      Plaintiff Judicial Watch, Inc. is a not-for-profit, educational organization

incorporated under the laws of the District of Columbia and headquartered at 425 Third Street

S.W., Suite 800, Washington, DC 20024.  Plaintiff seeks to promote transparency,

accountability, and integrity in government and fidelity to the rule of law.  As part of its mission,

Plaintiff regularly requests records from federal agencies pursuant to FOIA.  Plaintiff analyzes

the responses and disseminates its findings and the requested records to the American public to

inform them about "what their government is up to."

4.      Defendant U.S. Department of State is an agency of the United States

Government and is headquartered at 2201 C Street NW, Washington, D.C.  20520.  Defendant

has possession, custody, and control of records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5.      On March 18, 2015, Plaintiff submitted a FOIA request to Defendant via certified

mail, seeking access to the following:

> Any and all emails of official State Department business received or sent
> by former Deputy Chief of Staff Huma Abedin from January 1, 2009
> through February 1, 2013 using a non-"state.gov" email address.

6.      According to U.S.P.S. records, Defendant received the FOIA request by certified

mail on March 24, 2015.

7.      Defendant subsequently acknowledged receipt of the FOIA request and assigned

the request Case Control Number F-2015-06322.

8.      Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), Defendant was required to determine

whether to comply with the FOIA request within twenty (20) working days of receipt of the

request and to notify Plaintiff immediately of its determination, the reasons therefor, and the

right to appeal any adverse determination.

9.      Defendant's determination regarding Plaintiff's FOIA request was due by April

21, 2015 at the latest.

10.      As of the date of this complaint, Defendant has failed to: (i) determine whether to

comply with the FOIA request; (ii) notify Plaintiff of any such determination or the reasons

therefor; (iii) advise Plaintiff of the right to appeal any adverse determination; or (iv) produce the requested records or otherwise demonstrate that the requested records are exempt from production.

11.     Because Defendant has failed to comply with the time limit set forth in 5 U.S.C. § 552(a)(6)(A), Plaintiff is deemed to have exhausted any and all administrative remedies pursuant to 5 U.S.C. § 552(a)(6)(C).

**COUNT 1**
**(Violation of FOIA, 5 U.S.C. § 552)**

12.     Plaintiff realleges paragraphs 1 through 11 as if fully stated herein.

13.     Defendant is unlawfully withholding records requested by Plaintiff pursuant to 5 U.S.C. § 552.

14.     Plaintiff is being irreparably harmed by reason of Defendant's unlawful withholding of records responsive to Plaintiff's FOIA request, and Plaintiff will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) order Defendant to conduct a search for any and all responsive records to Plaintiff's FOIA request and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiff's FOIA request; (2) order Defendant to produce, by a date certain, any and all non-exempt records to Plaintiff's FOIA request and a *Vaughn* index of any responsive records withheld  under claim of exemption; (3) enjoin Defendant from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA request; (4) grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and (5) grant Plaintiff such other relief as the Court deems just and proper.

Dated:  May 5, 2015                           Respectfully submitted,

                                              /s/ Michael Bekesha
                                              Michael Bekesha (D.C. Bar No. 995749)
                                              JUDICIAL WATCH, INC.
                                              425 Third Street, S.W., Suite 800
                                              Washington, DC  20024
                                              (202) 646-5172

                                              *Counsel for Plaintiff*