# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., | |
| *Plaintiff*, | |
| v. | Civil Action No. 15-cv-684 (BAH) |
| U.S. DEPARTMENT OF STATE, | |
| *Defendant*. | |

## NOTICE OF COURT ORDER IN MISCELLANEOUS CASE NUMBER 15-1188

Pursuant to the order of Judge Ellen Segal Huvelle, Defendant hereby provides notice that the attached order was entered today in *In re U.S. Dep't of State FOIA Litig. re Emails of Certain Former Officials,* Misc. No. 15-1188 (D.D.C. Sept. 4, 2015).

Date: September 4, 2015

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ELIZABETH SHAPIRO
Deputy Branch Director

*/s/ Caroline Anderson*
CAROLINE J. ANDERSON
 (IL Bar No. 6308482)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 305-8645
Caroline.J.Anderson@usdoj.gov

*Counsel for Defendant*