**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JUDICIAL WATCH, INC.**, Plaintiff, | ) | |
| v. | ) | Case No. 15-cv-684 (BAH) |
| **U.S. DEPARTMENT OF STATE**, Defendant. | ) | |

## JOINT STATUS REPORT

The United States Department of State and Judicial Watch, Inc. respectfully submit the following:

1. On January 11, 2016, the Court ordered the State Department to make rolling productions of responsive, non-exempt documents, excluding news clippings/briefings, to Judicial Watch beginning on March 1, 2016, and continuing every thirty days thereafter, after a review of a minimum of 400 pages per month.

2. The Court also ordered the parties to submit, by May 30, 2016, and every ninety days thereafter, a joint status report advising the Court of the status of this ongoing production. Since the parties' last status report, the production has proceeded as follows:

    a. For the December 27, 2016 production to Plaintiff, Defendant reviewed for responsiveness 1608 pages of potentially responsive records. Of the reviewed documents, Defendant determined that 411 records were responsive to Plaintiff's request and these were either produced in full or produced in part.

    b. For the January 27, 2017 production to Plaintiff, Defendant reviewed for responsiveness 1933 pages of potentially responsive records. Of the reviewed

documents, Defendant determined that 506 records were responsive to Plaintiff's request and these were either produced in full, produced in part, or withheld in full.

c. For the February 24, 2017 production to Plaintiff, Defendant reviewed for responsiveness 2772 pages of potentially responsive records. Of the reviewed documents, Defendant determined that 1209 records were responsive to Plaintiff's request and these were either produced in full, produced in part, or withheld in full.

3. The parties will submit their next joint status report, per the Court's order, on March 15, 2017.

Respectfully submitted,

*/s/ Michael Bekesha*
MICHAEL BEKESHA
(Admitted *Pro Hac Vice*)
Judicial Watch, Inc.
425 3rd Street, SW, Suite 800
Washington, DC 20024
Telephone: (202) 646-5172
Email: mbekesha@judicialwatch.org

*Counsel for Plaintiff*

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ James O. Bickford*
JAMES O. BICKFORD
New York Bar No. 5163498
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470
*Counsel for Defendant*

Dated: March 1, 2017

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2017 a copy of the foregoing status report was filed electronically via the Court's ECF system, which effects service upon all counsel of record.

*/s/ James O. Bickford*
James O. Bickford